## WILLIAM F. PIEPER v. K. D. MACLAREN.[1]

July 27, 1906.

Nos. 14,812—(177).

Appeal by plaintiff from an order of the district court for Ramsey county, Orr, J., denying a motion for a new trial. Reversed.

*R. A. Walsh*, for appellant.

*Allen & Straight*, for respondent.

PER CURIAM.

Since this case was argued and determined by the trial court, the decision in Coffman v. London & N. W. Am. M. Co. has been filed, 98 Minn. 416, 108 N. W. 840. Under that decision, the defendant not having a deed, was not entitled to judgment establishing title. The plaintiff's motion for a new trial should therefore have been granted.

Order reversed and a new trial granted.